

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-90,904-01 & 90,904-02

### EX PARTE FREDRICK JACKSON, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 1546496-A & 1546498-A IN THE 179TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*. YEARY, J. concurred.

### O P I N I O N

Applicant entered open pleas of guilt to aggravated robbery and possession of a prohibited weapon. He was sentenced to eighteen years' imprisonment on each offense, to run concurrently. Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied his right to appeal because counsel failed to adequately inform him of and preserve his appellate rights. The trial court recommends that Applicant be allowed to file out-of-time appeals based on a breakdown in the system.

Relief is granted. Applicant may file out-of-time appeals of his convictions in cause numbers 1546496 and 1546498 from the 179th District Court of Harris County. Within ten days from the date

of this Court's mandate, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him on direct appeal. Should Applicant decide to appeal, he must file written notice(s) of appeal in the trial court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: May 8, 2024
Do not publish